**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.M.H.G., Petitioner, | : | |
| v. | : | Case No. 4:26-cv-828-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, Respondents. | : | |

**ORDER**

On May 15, 2026, the Court received Petitioner's application for habeas relief under 28 U.S.C. § 2241, which asserted three causes of action: (1) Petitioner had been unlawfully detained under the Immigration and Nationality Act and § 2241, (2) Petitioner's parole revocation violated due process, and (3) Petitioner's detention without an opportunity for a bond hearing violated the Fifth Amendment's due process protections. *See generally* Pet., ECF No. 1. On May 22, 2026, Respondents filed a motion to dismiss (ECF No. 4). Respondents' motion addressed only Petitioner's first claim and specifically requested the opportunity to "more fully brief" Petitioner's other two claims if necessary. Resp'ts' Mot. to Dismiss 2 n.3, ECF No. 4.

Having considered Petitioner's claims, the Court finds it necessary for Respondents to file a supplemental brief addressing Petitioner's other two claims. Accordingly, Respondents are ORDERED to file a brief of not more than twenty pages that addresses Petitioner's additional claims within fourteen days of the date of this Order. Petitioner may file any desired reply of not more than fifteen pages within seven

days of the filing of Respondents' supplemental brief.

**SO ORDERED**, this 27th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE